UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
MINQIANG WU,                            :        22cv5442(DLC)
                                        :
                        Plaintiff,      :        ORDER OF
              -v-                       :        DISCONTINUANCE
                                        :
CHINA MERCHANTS BANK CO., LTD. and      :
KANG PAN,                               :
                        Defendants.     :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

        It having been reported to this Court that this case has

been settled, it is hereby

        ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **January 30, 2023**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:     New York, New York
           December 29, 2022

                              _____
                                        DENISE COTE
                              United States District Judge